# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number: 1:13-cv-08444

JOHN STEWART, TIMOTHY PHILLIPS, and GILBERTO COLON, individually and on behalf of the class of all persons who currently reside in Harry Poe Manor or formerly resided therein at any time from January 2011 to date, v. WAUKEGAN HOUSING AUTHORITY, a body politic and corporate;

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOHN STEWART, TIMOTHY PHILLIPS, and GILBERTO COLON, individually and on behalf of the class of all persons who currently reside in Harry Poe Manor or formerly resided therein at any time from January 2011 to date.

| | |
|---|---|
| **NAME** (Type or print) <br> Jed Stone | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Jed Stone | |
| **FIRM** <br> Stone & Associates, Ltd. | |
| **STREET ADDRESS** <br> 415 W. Washington Street, Suite 107 | |
| **CITY/STATE/ZIP** <br> Waukegan, IL 60085 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 2745127 | **TELEPHONE NUMBER** <br> 847-336-7888 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☑    NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☑    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☑    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |