## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: John Stewart, et al. v. Waukegan Housing Authority, et al.   Case Number: 1:13-cv-08444

An appearance is hereby filed by the undersigned as attorney for:
Defendants Waukegan Housing Authority, Charles Chambers, Renwick Cornelious and Tara Daniels

Attorney name (type or print): Emily F. Ottesen

Firm: Schain, Banks, Kenny & Schwartz, Ltd.

Street address: 70 W. Madison Street, Suite 2300

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6339477
(See item 3 in instructions)

Telephone Number: (312) 345-5700

Email Address: eottesen@schainbanks.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 1, 2023

Attorney signature:   S/ Emily F. Ottesen
                     (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015