# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Stewart, et al., | ) | |
| Plaintiffs, | ) | No. 13 CV 08444 |
| v. | ) | Judge John J. Tharp, Jr. |
| Waukegan Housing Authority | ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

This action having been tried by a jury with Judge John J. Tharp, Jr. presiding, and the jury having rendered a verdict, it is hereby ORDERED:

Judgment is hereby entered in favor of defendant Waukegan Housing Authority and against plaintiffs Gilberto Colon, Charlotte A. Davis, Latasha Gatlin, Laniqua Kuykendall, Caryn E. Price, Cedric Reams, Alicia Ross, Chandra Thomas, and Troy Thompson. Defendant shall not recover costs from plaintiffs.

Dated: April 8, 2024

/s/ John J. Tharp, Jr.
John J. Tharp, Jr.
United States District Judge