IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEWART *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 13-cv-8444 |
| WAUKEGAN HOUSING AUTHORITY, | ) | Judge John J. Tharp, Jr. |
| | ) | |
| Defendant. | ) | |
| | ) | |

**FINAL JUDGMENT ORDER**

This action having been tried by a jury with Judge John J. Tharp, Jr., presiding, and the jury having rendered a verdict finding the defendant did not breach its contractual duties, and the Court having certified that issue for class-wide adjudication pursuant to Fed. R. Civ. P. 23(c)(4), it is hereby ORDERED:

Judgment is hereby entered in favor of defendant Waukegan Housing Authority and against all members of the certified class comprising current and former tenants who resided at Harry Poe Manor, a public housing facility in Waukegan, Illinois, from January 2011 to April 22, 2019.

Dated: April 16, 2024

John J. Tharp, Jr.
United States District Judge